# First District Court of Appeal
## State of Florida

_____

No. 1D2025-2624
_____

JOANNA Y. SHANNON,

Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
VALENCIA COLLEGE,

Appellees.

_____

On appeal from the Reemployment Assistance Appeals Commission.
Charles T. Faircloth, Jr., Chairman.

April 2, 2026

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Joanna Y. Shannon, pro se, Appellant.

Katie E. Sabo, Appellate Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission; Chase E. Hattaway of Rumberger, Kirk, & Caldwell, P.A., Orlando, for Appellee Valencia College.